257 So.2d 852

**In re Jerry Lee JUNIOR**

**v.**

**STATE.**

**Ex parte Jerry Lee Junior.**

**6 Div. 944.**

Supreme Court of Alabama.

Feb. 3, 1972.

Edward M. Selfe, Birmingham, for petitioner.

William J. Baxley, Atty. Gen., for the State.

MERRILL, Justice.

Petition of Jerry Lee Junior for Certiorari to the Court of Criminal Appeals to review and revise the judgment and deci-sion of that Court in Junior v. State, 47 Ala.App. 518, 257 So.2d 844.

Writ denied.

HEFLIN, C. J., and LAWSON, HARWOOD and MADDOX, JJ., concur.

■

262 So.2d 767

**In re Lloyd KING**

**v.**

**STATE.**

**Ex parte Lloyd King.**

**I Div. 732.**

Supreme Court of Alabama.

May 25, 1972.

Metranga, Hess & Sullivan, Mobile, for petitioner.

No brief filed for the state.

MADDOX, Justice.

Petition of Lloyd King for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in King v. State, 48 Ala.App. 154, 262 So.2d 764.

Writ denied.

HEFLIN, C. J., and MERRILL, BLOODWORTH and HARWOOD, JJ., concur.